

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-18-00186-CV

**YOUSRY (YOST) ZAKHARY
AND CITY OF WOODWAY, TEXAS,**

**Appellants**

**v.**

**SANDRA BICKEL,**

**Appellee**

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2018-1148-4**

_____

## MEMORANDUM OPINION

_____

Appellants, City of Woodway and Yousry (Yost) Zakhary, and Appellee, Sandra Bickel, filed an agreed motion in which they ask this Court to enter an order dismissing the appeal without deciding the merits of the appeal and remand the case to the trial court for an entry of an order of dismissal with prejudice according to the agreement of the parties. The parties have agreed to settle the case.

Because we have no authority to dismiss the appeal and remand the case, we grant the motion in part. *See* TEX. R. APP. P. 42.1(a)(2). The trial court's orders denying Appellants' pleas to the jurisdiction and motions to dismiss are set aside without regard to the merits, and the case is remanded to the trial court to consider the settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2) (B).

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins,
Set aside and remanded; motion granted in part
Opinion delivered and filed August 15, 2018
[CV06]

